# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:05CV3190** |
| | ) | |
| v. | ) | |
| | ) | |
| **TERRY COLBURN,** | ) | **ORDER** |
| **LORI COLBURN, and** | ) | |
| **ROY AL FINANCE & LOAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the magistrate judge for full pretrial supervision. Counsel for the United States has filed a Suggestion of Bankruptcy (#6) as to defendant, Lori Colburn. Under NEGenR 1.5(a), "All cases under Title 11 of the United States Code, and all proceedings arising under such Title 11, or arising in or related to a case under Title 11, are referred to the bankruptcy court of this district pursuant to 28 U.S.C. § 157."

**IT IS ORDERED:**

1.  Pursuant to NEGenR 1.5(a) this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.  This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

3.  The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

**DATED September 27, 2005.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**