IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:05CV3190 |
| ) | |
| v. ) | ORDER FOR EXTENSION |
| ) | OF TIME TO SERVE SUMMONS |
| ) | AND COMPLAINT |
| TERRY COLBURN; LORI COLBURN; ) | |
| ROY AL FINANCE & LOAN CO., ) | |
| Assignee of American Siding and ) | |
| Window, ) | |
| ) | |
| Defendant(s). ) | |

Upon the Plaintiff's Motion for Extension of Time to Serve Summons and Complaint, (filing 19),

IT IS HEREBY ORDERED that Plaintiff is granted June 2, 2006, within which to complete service by publication upon Defendant Terry Colburn.

DATED March 21, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge