**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:05CV3190** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER VACATING JUDGMENT** |
| | ) | **AND OF DISMISSAL** |
| **TERRY COLBURN, LORI COLBURN,** | ) | |
| and ROY AL FINANCE & LOAN, Co., | ) | |
| Assignee of American Siding and | ) | |
| Window, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown in the Plaintiff's Motion to Vacate Judgment and Dismiss Complaint,

IT IS ORDERED:

1. The Motion to Vacate Judgment and Dismiss Complaint (Filing No. 29) is granted;

2. The Judgment and Decree of Foreclosure and Order for Sale (Filing No. 28) is hereby vacated;

3. The Complaint is dismissed without prejudice; and

4. The parties shall pay their own costs and attorney's fees.

DATED this 26th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge